NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-41**

STATE OF LOUISIANA

VERSUS

JAMES "T. K." ALEXANDER

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 00-507,
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield,[*] Judges.

**AFFIRMED AND REMANDED.**

**J. Phillip Haney**
**District Attorney**
**Walter J. Senette**
**Assistant District Attorney**
**Post Office Box 1008**
**Franklin, Louisiana 70538**
**(337) 828-4100**
**Counsel for:**
        **State of Louisiana**

---

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.

**Paula C. Marx**
**Louisiana Appellate Project**
**Post Office Box 80006**
**Lafayette, Louisiana 70598-0006**
**(337) 991-9757**
**Counsel for Defendant/Appellant:**
**James "T. K." Alexander**